UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 15-4241
(3:13-cr-00193-RJC-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MATTHEW J. MUSANTE

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:13-cr-00193-RJC-1 |
| Date notice of appeal filed in originating court: | 03/30/2015 |
| Appellant (s) | Matthew J. Musante |
| Appellate Case Number | 15-4241 |
| Case Manager | Ashley B. Webb 804-916-2704 |